UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>KRISTI JARVIS, )<br>    Defendant. )<br>) | CRIMINAL NO. 04cr30031-MAP<br><br>VIOLATION:<br><br>18 U.S.C. § 1958 (Use of an interstate Facility in the Commission of a Murder For Hire) |

## INDICTMENT

The Grand Jury charges that:

COUNT ONE:   Title 18, United States Code, Section 1958: Use of an Interstate Facility in the Commission of Murder for Hire)

From on or about May 19, 2004, to on or about May 26, 2004, in Hampden County, in the District of Massachusetts,

KRISTI JARVIS,

the defendant herein, did knowingly and intentionally travel in, and cause another to travel in, interstate commerce from Massachusetts to Connecticut, with intent that the murder of Matthew Moore be committed in violation of the laws of Massachusetts and Connecticut, as consideration for the receipt of, and as consideration for a promise and agreement to pay things of pecuniary value, to wit: a car, and United States Currency of $3000.00

All in violation of Title 18, United States Code, Section 1958.

1

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Paul Hart Smyth
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS: ____June 8_____, 2004 at 1:40pm

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK OF THE COURT

2