AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

## APPEARANCE

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

*Kristi Jarvis*

Date: 6/14/04

Signature: *[signed]*

Print Name: Michael O. Jennings

Address: 73 Chestnut St

City: Spfld.    State: MA    Zip Code: 01103

Phone Number: 737-7349