UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 04-30031-MAP |
| | ) | |
| | ) | |
| KRISTI JARVIS, | ) | |
| Defendant | ) | |

SCHEDULING ORDER
June 14, 2004

NEIMAN, U.S.M.J.

Kristi Jarvis ("Defendant"), having been arraigned before the court this day and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Criminal Rules (LR) 116.1 through 116.5 that further proceedings shall be governed as follows:

1. The Government shall produce, on or before June 28, 2004, those materials required to be produced under LR 116.1(C).

2. Defendant shall produce, on or before July 12, 2004, those materials required to be produced under LR 116.1(D).

3. Any discovery request letters shall be sent and filed by July 26, 2004. *See* LR 116.3(A) and (H).

4. Any responses to discovery request letters shall be sent and filed within fourteen days of receipt of the discovery request letter(s) referred to in Paragraph 3 above *or* on or before August 9, 2004, *whichever date shall first occur. See* LR 116.3(A).

5.      Consistent with the provisions of LR 116.3(E) through (H), any and all
discovery motions shall be filed on or before fourteen days after the
receipt of the opposing party's declination to provide the requested
discovery *or* fourteen days after the opposing party has received the
discovery request letter and has failed to respond thereto, *whichever date
shall first occur.  See* LR 116.3(E) through (H).

6.      Consistent with the provisions of Paragraph 5 above, a response  to any
motion shall be filed on or before fourteen days after the motion has been
filed.  *See* LR 116.3(I).

7.      An Initial Status Conference in accordance with LR 116.5 will be held at
the parties' request on July 28, 2004, at 2:00 p.m. in Courtroom III.[1]

8.      A joint memorandum addressing those items set forth in Local Rule
116.5(A)(1) through (7) shall be filed on or before the close of business,
July 26, 2004.

DATED: June 14, 2004

　　　　　　　　　　　　　　　　 /s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　 KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　 U.S. Magistrate Judge

---

[1] Defendants are not required to be present at the Initial Status Conference.
Inasmuch as the court concludes that the Initial Status Conference is not a critical
proceeding within the meaning of Fed. R. Crim. P. 43, defendants in custody will not be
transported to court for the Initial Status Conference absent a showing of exceptional
cause on motion duly filed in advance of the Initial Status Conference.
*See* Fed. R. Crim. P. 43(c)(3).