UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>KRISTI JARVIS, )<br>       Defendant ) | Criminal No. 04-30031-MAP |

INTERIM SCHEDULING ORDER
July 28, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial Status Conference this day:

1. A final status conference will be held on October 7, 2004, at 2:30 p.m. in Courtroom III.

2. On or before the close of business, October 5, 2004, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

                                            /s/   Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. Magistrate Judge