UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 04-30031-MAP |
| ) | |
| KRISTI JARVIS, ) | |
|     Defendant ) | |

INTERIM STATUS REPORT
July 28, 2004

NEIMAN, U.S.M.J.

The court held an initial Status Conference this day, pursuant to Local Rule 116.5 and in accord with Local Criminal Rule 116.5(B), reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a Final Status Conference for October 7, 2004.

3. The parties -- and the court -- have agreed and determined that no time will have run on the Speedy Trial Clock through October 7, 2004. A separate order shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

                                                          /s/   Kenneth P. Neiman
                                                          KENNETH P. NEIMAN
                                                          U.S. Magistrate Judge