UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. 04-30031-MAP |
| ) | |
| ) | |
| KRISTI JARVIS, ) | |
| Defendant ) | |

SCHEDULING ORDER
October 8, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the Conference this day:

1. The final status conference is continued to November 22, 2004, at 2:00 p.m. in Courtroom III.

2. On or before the close of business, November 19, 2004, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge