UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 04-30031-MAP |
| | ) | |
| vs. | ) | |
| | ) | |
| KRISTI JARVIS | ) | |

DEFENDANT'S MOTION TO
CONTINUE STATUS CONFERENCE

Defendant herein moves to continue the status conference scheduled for Monday, November 22, 2004 to Wednesday, December 8, 2004 at 3:30 p.m. In support thereof defendant states that the additional time is required to more accurately determine the status of the case for trial.

WHEREFORE, defendant requests that the status conference be rescheduled to December 8, 2004.

Assented to:

_____
Paul Smith, Asst. U.S. Atty.

Respectfully submitted,
THE DEFENDANT
By Her Attorney

_____
Michael O. Jennings, Esq.
73 Chestnut Street
Springfield, MA 01103
(413) 737-7349
(413) 731-1302 - fax
BBO# 251340

CERTIFICATE OF SERVICE

I, Michael O. Jennings, hereby certify that I served a copy of the foregoing document on the government by mailing same, postage prepaid to Paul Smith, Assistant U.S. Attorney at 1550 Main Street, Springfield, MA 01103 on November 22, 2004.

_____
Michael O. Jennings, Esq.