UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) Criminal No. 03-30042-MAP
)
)
v. )
)
KRISTI JARVIS )
Defendant. )

## MEMORANDUM PURSUANT TO LOCAL RULE 116.5

The United States of America, by and through its undersigned attorneys hereby files this memorandum. The government provided the memorandum to Michael Jennings, Esq., counsel for Defendant on December 8, 2004.

1. There are no outstanding discovery matters in this case.

2. The defendants have not requested discovery of expert witnesses under Fed. R. Crim. Pro. 16(a)(1)(E). The Government has requested discovery of the Defendant's expert witness(es).

3. The parties anticipate additional discovery as the result of future receipt of information.

4. It is unclear whether the defendant intends to raise a defense of insanity or public authority.

5. The government has requested notice of alibi by the defendant and there have been no responses by the defendants.

6. The defendant have not yet filed but may file, a motion to dismiss, or suppress, or other motion requiring a ruling by

1

the District Court before trial pursuant to Fed. R. Crim. Pro. 12(c).

7. It is not necessary to schedule any matter in the case other than a Pretrial Conference.

8. The parties are not currently engaging in plea negotiations.

9. The parties agree that there are periods of excludable delay. The parties agree that the time frame from the date the indictment was returned, until present, should be excluded. Since July 28, 2004, the time should be excluded based on Defendant's Ex Parte/Sealed Motion. 18 U.S.C. 3161

Therefore, as of the day of the Status Conference on December 8, 2004, 10 days have run (from the date of the Defendant's Detention Hearing to the date the indictment was returned) and 60 days remain on the Speedy Trial clock.

10. In the event that a trial is necessary the trial will last approximately 5 days.

11. A date convenient with the Court should be established for the Final Status Conference.

Filed this 8rd day of December, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

2

PAUL HART SMYTH
Assistant United States Attorney


_____
MICHAEL JENNINGS, ESQ.
Counsel for KRISTI JARVIS