UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 03-30042-MAP |
| ) | |
| KRISTI JARVIS,   ) | |
| Defendant ) | |

FINAL STATUS REPORT
December 8, 2004

NEIMAN, U.S.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. Defendant is considering a change of plea. A trial, if necessary, will take approximately five days. An initial pretrial conference has been scheduled for December 21, 2004, at 2:00 p.m. in Courtroom I.

2. Defendant does not intend to raise defenses of alibi, insanity or public authority.

3. All discovery has been completed. Defendant does not intend to file a dispositive motion.

4. The parties report and the court finds that ten days have run on the Speedy Trial clock as of December 8, 2004. An Order of Excludable Delay will issue.

5. There are no other matters relevant to the progress or resolution of the case.

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN

U.S. Magistrate Judge