UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 04-30031-MAP |
| | ) | |
| vs. | ) | |
| | ) | |
| KRISTI JARVIS | ) | |

DEFENDANT'S MOTION TO
CONTINUE CHANGE OF PLEA

Defendant requests this honorable Court continue the change of plea scheduled for Thursday, January 27, 2005 to no sooner than the week of March 7, 2005. In support hereof the defendant sets forth the following:

1. Defendant has not yet committed to change her plea to guilty.

2. Undersigned counsel has had discussions with Assistant U.S. Attorney Paul Smyth. We both agree that the prosecution and defense need time to decide how the recent Supreme Court case ("Booker") would impart on the disposition resulting from this change of plea. We have further agreed that such an extension of time be exempt from Speedy Trial Act time constraints.

WHEREFORE, defendant requests that the Court continue the conference scheduled for Thursday, January 27, 2005 to a date no sooner than the week of March 7, 2005.

Assented to:

_____
Paul H. Smyth, Asst. U.S. Attorney

Respectfully submitted,
THE DEFENDANT
By Her Attorney

_____
Michael O. Jennings, Esq.
73 Chestnut Street
Springfield, MA 01103
(413) 737-7349
(413) 731-1302 - fax
BBO# 251340

CERTIFICATE OF SERVICE

I, Michael O. Jennings, hereby certify that I served a copy of the foregoing

document on the government by faxing same to Paul H. Smyth, Assistant U.S. Attorney at 1550 Main Street, Springfield, MA 01103 on January 18, 2005.

_____
Michael O Jennings, Esq.