```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )   CRIMINAL NO. 04-cr-30031-MAP
                              )
KRISTI JARVIS,                )
     Defendant.               )
                              )
```

### THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h)(8).  In support of this motion the government states that on December 22, 2004, counsel for Defendant, Attorney Michael Jennings, notified the government and the Court, that the Defendant and he needed more time before the Defendant could make an informed decision regarding the resolution of this case short of trial.  The government did not object to the Defendant's request to continue the hearing date until January 27, 2004.

On or about January 18, 2005, Attorney Jennings notified me that he was moving for additional time.  I agreed to a brief further continuance, to the week of March 7, 2005, in part to allow the parties in this case to fully consider the implications that the Supreme Court's decision in United States v. Booker may hold for the Defendant.  United States v. Booker, Nos. 04-104, 04-105, 2005 WL 50108 (Jan. 12, 2005).

The Defendant, through her counsel, Attorney Jennings, has assented to the government's request to exclude this time.

It is in the best interests of the Defendant, the government, and the public, to exclude the time from December 22, 2004 until March 11, 2005, from the period within which the trial of this case must commence under the Speedy Trial Act.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                      By:  s/ Paul Hart Smyth
                              _____
                              Paul Hart Smyth
                              Assistant U.S. Attorney

Dated: February 1, 2005

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          February 1, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail on February 2, 2005, to Attorney Michael Jennings, 73 Chestnut Street, Springfield, MA, 01103.

                                                S/ Paul Hart Smyth
                                                Paul Hart Smyth
                                                Assistant U.S. Attorney