UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )   CRIMINAL NO. 04-30031-MAP
                            )
KRISTI JARVIS,              )
    Defendant.              )
                            )

                    JOINT MOTION TO CONTINUE

   The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and the Defendant, through her counsel, Attorney Michael Jennings respectfully move this court to continue the sentencing date from May 26, 2005 to a date during the time period from July 11 to July 29, 2005.  In support of this motion the government states the following:

   1.   In August of 2004, Magistrate Judge Nieman granted the Defendant's motion for funds to pay for a psychiatrist, Dr. Prudence Baxter, to evaluate the Defendant.[1]

   2.   On March 11, 2005, the Defendant pleaded guilty to the indictment.  After the Defendant's plea, Attorney Jennings notified me that he will likely be relying on Dr. Baxter's report to support a motion for a departure from the guideline recommended sentencing range.

---

   [1]The Government is uninformed as to the basis for this evaluation, as the motion for funds was filed Ex Parte and under seal.

      Attorney Jennings has not yet received Baxter's written evaluation of the Defendant.

3. Both the Defendant and the Government need time to evaluate Dr. Baxter's report. The Government may decide to hire an expert to evaluate Baxter's report. Attorney Jennings is optimistic that Baxter's report will be completed by May 15, 2005.

The Defendant, through her counsel, Attorney Michael Jennings, joins this request for a continuance.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                          By:  /s/ Paul Hart Smyth
                              _____
                              Paul Hart Smyth
                              Assistant U.S. Attorney

                              /s/ Michael Jennings__
                              Michael Jennings, Esq.
                              Counsel for Defendant

Dated: April 28, 2005

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          January 28, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail by February 1, 2005, to Attorney Johnathan Elliott, Sr. , Springfield, MA.

                                          S/ Paul Hart Smyth
                                          Paul Hart Smyth
                                          Assistant U.S. Attorney