UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**V.**

**KRISTI JARVIS**

CASE NO.  04-30031  MAP

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been RESET for a SENTENCING HEARING on July 11, 2005 at 2:00 p.m. before Michael A. Ponsor, U.S. D.J In Courtroom # 1 on the 5th floor.

SARAH THORNTON
CLERK OF COURT

5/10/05

By: /s/ Elizabeth A. French
Deputy Clerk

Date

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)

[kntchrgcnf.]
[ntchrgcnf.]