UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 04-30031-MAP |
| vs. | ) | |
| KRISTI JARVIS | ) | |

*FILED IN CLERK'S OFFICE 2005 JUN 27 P 12:51 U.S. DISTRICT COURT DISTRICT OF MA*

## DEFENDANT'S MOTION TO CONTINUE SENTENCING DATE

Defendant requests this honorable Court continue the sentencing date currently scheduled for Monday, July 11, 2005 to Monday, August 15, 2005 or another date convenient to the Court. In support hereof the defendant states that counsel needs further time to gather and prepare for presentation to the Court information recently brought to counsel's attention. Neither the defendant nor the government will suffer prejudice. Counsel has discussed the continuance with the defendant who is currently being held. She understands and concurs that the continuance is in her best interest. The government assents to the continuance and to the proposed date.

WHEREFORE, defendant requests that the Court continue the sentencing hearing scheduled for Monday, July 11, 2005 to Monday, August 15, 2005 .

Assented to:

_____
Paul H. Smyth, Asst. U.S. Attorney

Respectfully submitted,
THE DEFENDANT
By Her Attorney

_____
Michael O. Jennings, Esq.
73 Chestnut Street
Springfield, MA 01103
(413) 737-7349
(413) 731-1302 - fax
BBO# 251340

## CERTIFICATE OF SERVICE

I, Michael O. Jennings, hereby certify that I served a copy of the foregoing

document on the government by faxing same to Paul H. Smyth, Assistant U.S. Attorney at 1550 Main Street, Springfield, MA 01103 on June 27, 2005.

Michael O. Jennings, Esq.