UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )          Criminal No. 04-30031-MAP
                                  )
vs.                               )
                                  )
KRISTI JARVIS                     )

## DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Undersigned counsel herein requests that the Court issue an Order that he be present at the disposition of the above captioned matter at 2:30 p.m. and that he be protected from having to appear at that time in any other court for any other reason including but not limited to a trial in the matter of <u>Mark Radzicki vs. Lindo Quagliorli, et al</u> Civil Action No. 2004-00459-B, pending in Hampden County Superior Court before Judge Constance Sweeney.

In further support hereof, undersigned counsel states that on August 11, 2005 at 11:00 a.m. he was notified that he was required to be present to commence with the jury trial until its conclusion. Undersigned is not requesting a continuance of the instant matter but is requesting issuance of an order requiring his presence in the this Court. A suggested Order is filed herewith..

*DENIED as unnecessary. After speaking with Judge Sweeney, the court is assured that the Radzicki matter will suspend for the day no later than 1 p.m. on August 15. Michael A. Penson USDJ 8.11.05 So ordered.*

Respectfully submitted,
THE DEFENDANT
By Her Attorney

Michael O. Jennings, Esq.
73 Chestnut Street
Springfield, MA 01103
(413) 737-7349
(413) 731-1302 - fax
BBO# 251340

CERTIFICATE OF SERVICE
I, Michael O. Jennings, hereby certify that I served a copy of the foregoing

document on the government by faxing same to Paul H. Smyth, Assistant U.S. Attorney
at 1550 Main Street, Springfield, MA  01103 on August 11, 2005.

Michael O Jennings, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 04-30031-MAP |
| | ) | |
| vs. | ) | |
| | ) | |
| KRISTI JARVIS | ) | |

## ORDER

Disposition of the above matter is scheduled for August 15, 2005 at 2:30 p.m. It has been continued at least twice before and has been scheduled for this date since June 27, 2005 .  Defendant is charged with the very serious offense of Murder for Hire.

WHEREFORE, It is ordered that Michael O. Jennings, counsel for Kristi Jarvis be present on August 15, 2005 at 2:30 p.m. to represent her on the disposition of this matter.


_____
Honorable Michael A. Ponsor,
U.S. District Court for the District
of Massachusetts

Date: