**The Republican.**

***DAILY AND SUNDAY***

The Hon. Michael A. Ponsor
U.S. District Court
1550 Main St., 5th floor
Springfield, Mass. 01103

August 26, 2005

Dear Judge Ponsor:

I am writing to respectfully request the court unseal an ex parte motion in the case of USA vs. Kristi Jarvis (docket number 3:04-cr-30031) under the Freedom of Information Act, to the extent that it applies.

While I cannot tell what the document entails, I am interested in doing a piece on the case and would like to have a complete representation of the facts and circumstances. Since Ms. Jarvis has been sentenced and no appeal has been filed to date, I presume the case has reached its conclusion.

I would also like to request copies of any letters filed on the defendant's or the victim's behalf submitted for your review prior to sentencing. In addition, I would like copies of the letters Mr. Moore sent Ms. Jarvis in prison, if they are part of the public record.

Thank you for considering my request. If you have any questions, or if I can clarify my request please contact me at 788-1287.

Sincerely,

Stephanie A. Barry
The Republican

Springfield, Massachusetts 01103