UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 04-CR-30031-MAP |
| | ) |
| KRISTI JARVIS | ) |

ORDER RE: REQUEST FOR DISCLOSURE

September 2, 2005

PONSOR, D.J.

On August 26, 2005 Stephanie A. Barry, a reporter for The Republican newspaper, submitted a letter to this court seeking disclosure of certain papers in this case. A copy of the letter is attached as Exhibit A. Specifically, she has requested the release of the defendant's Ex Parte Motion to Provide Funds for Expert Services (Docket No. 15) and the supporting affidavit (Docket No. 16). In addition, release of letters sent by the victim to the defendant have been requested.

Although the court is of the opinion that these materials are probably not subject to the Freedom of Information Act, it is this court's practice to make documents public, absent exceptional circumstances. The court will release the

requested documents no later than September 16, 2005, unless before that date counsel for the government or the defendant files a motion to seal these documents for good cause.

It is So Ordered.

/s/ Michael A. Ponsor
_____
MICHAEL A. PONSOR
United States District Judge

SCANNED

# The Republican.

**DAILY AND SUNDAY**

2005 AUG 26 P 12:14

The Hon. Michael A. Ponsor
U.S. District Court
1550 Main St., 5th floor
Springfield, Mass. 01103

DOCKETED

August 26, 2005

Dear Judge Ponsor:

I am writing to respectfully request the court unseal an ex parte motion in the case of USA vs. Kristi Jarvis (docket number 3:04-cr-30031) under the Freedom of Information Act, to the extent that it applies.

While I cannot tell what the document entails, I am interested in doing a piece on the case and would like to have a complete representation of the facts and circumstances. Since Ms. Jarvis has been sentenced and no appeal has been filed to date, I presume the case has reached its conclusion.

I would also like to request copies of any letters filed on the defendant's or the victim's behalf submitted for your review prior to sentencing. In addition, I would like copies of the letters Mr. Moore sent Ms. Jarvis in prison, if they are part of the public record.

Thank you for considering my request. If you have any questions, or if I can clarify my request please contact me at 788-1287.

Sincerely,

Stephanie A. Barry
The Republican

Springfield, Massachusetts 01103

Exhibit A

34